# EXHIBIT 9

COMMONWEALTH OF KENTUCKY

PIKE CIRCUIT COURT

CIVIL ACTION NO.: 20-CI-382

JOHNNY WILSON, et al
(JOHNNY WILSON) PLAINTIFFS

vs.

3M COMPANY, ET AL DEFENDANTS

VIDEOTAPED DEPOSITION OF

GLENN MARTIN HAMMOND

TAKEN BY DEFENDANT,

3M COMPANY

PIKEVILLE, KENTUCKY

MARCH 18, 2022

PAUL A. KLAPHEKE, CCR

CERTIFIED COURT REPORTER

**EXHIBIT 10**

THE DEPOSITION of GLENN MARTIN HAMMOND, taken pursuant to notice, on March 18, 2022, at the Glenn Martin Hammond Law Office, 5476 N. Mayo Trail, Pikeville, Kentucky, said deposition being taken on oral examination, to be used in accordance with Kentucky Rules of Civil Procedure.

\- - -

APPEARANCES

For Plaintiffs: Michael Martin, Esq.
Martin Walton Law Firm
699 Friendswood Dr., Suite 107
Houston, TX 77546-4580

For Defendant, 3M Company: Bryant Spann, Esq.
Thomas, Combs & Spann
300 Summers Street, Suite 1380
Charlestown, WV 25301

For Defendant, KY Mine Supply and Mine Service Co.: (via Zoom) Patrick Gault, Esq.
Napier, Gault, Schupbach & Stevens
730 W. Main Street, Suite 400
Louisville, KY 40202

Also Present: Bart Ward - Videographer

INDEX


Witness Dir.
Glenn Martin Hammond
By Mr. Spann 4

Exhibit No. 1, p. 3
Exhibit No. 2, p. 3
Exhibit No. 3, p. 3
Exhibit No. 4, p. 3
Exhibit No. 5, p. 14
Exhibit No. 6, p. 21
Exhibit No. 7, p. 25
Exhibit No. 8, p. 27
Exhibit No. 9, p. 35
Exhibit No.10, p. 62
Exhibit No.11, p.123
Exhibit No.12, p.128
Exhibit No.13, p.158

Certificate, p. 159


\- - -

(Prior to the commencement of the deposition, Exhibit Nos. 1 through 4 were pre-marked for identification.)

THE VIDEOGRAPHER: This is the video deposition of Glenn Hammond. Today's date is Friday, March the 18th, 2022. The time

is approximately 1:33, location are the offices of Glenn Hammond at 5476 North Mayo Trail, Pikeville, Kentucky.

Commonwealth of Kentucky, Pike Circuit Court, Civil Action No. 20-CI-382, Johnny Wilson, et al as Plaintiffs versus 3M Company, et al as Defendants.

My name is Bart Ward, the videographer, the court reporter is Paul Klapheke.

If the attorneys would please introduce themselves, then the court reporter can swear the witness.

MR. MARTIN: Mike Martin on behalf of the Wilson family.

MR. SPANN: This is Bryant Spann on behalf of 3M Company.

MR. GAULT: Patrick Gault for Mine Service Company and Kentucky Mine Supply.

GLENN MARTIN HAMMOND, the said witness, having been duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. SPANN:

Q. All right. Mr. Hammond, state

your full name for the record, please.

A. Glenn Martin Hammond.

Q. And --

MR. SPANN: Mr. Martin, let me make sure I'm -- I'm square on one thing as we get started.

You're here on behalf of the Wilsons. You're not representing Mr. Hammond?

MR. MARTIN: I am here on behalf of the Wilsons.

MR. SPANN: Okay.

MR. MARTIN: To the extent that Mr. Hammond and Mr. Wilson's interests collide or -- yes, I'm handling both.

So I reserve the right to instruct the witness on certain matters, especially as they may relate to privilege.

MR. SPANN: Yeah. To the extent it's necessary to protect the interest of Mr. Wilson, you'll instruct the witness. Okay.

Q. All right. I'm going to -- I have pre-marked as Exhibit 1 the order from Judge Hall that gave us the opportunity to take your deposition, Mr. Hammond.