UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| 3M COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:26-CV-034-REW-MAS |
| | ) | |
| V. | ) | |
| | ) | |
| GLENN M. HAMMOND *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

Defendant Glenn Hammond, through counsel, moves to join in Defendant John Givens's Motion to Stay Discovery at DE 68. *See* DE 70. Finding the motion justified, the Court **GRANTS** DE 70 and permits joinder.

This the 14th day of May, 2026.

Signed By:
Robert E. Wier
United States District Judge