**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| **3M COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**GLENN HAMMOND, MICHAEL B. MARTIN, and JOHN (a.k.a. "JOHNNY") GIVENS,**<br><br>Defendants. | Case No. 6:26-cv-00034-REW-MAS |

**PLAINTIFF 3M COMPANY'S MOTION FOR JUDICIAL NOTICE**

Plaintiff 3M Company ("3M") respectfully moves this Court to take judicial notice of significant developments in the underlying dust mask cases at the heart of this action, specifically *Adams, et al. v. 3M Company, et al.*, No. 6:26-cv-00002-REW-CJS (E.D. Ky.) and *Mounts, et al. v. 3M Company*, No. 6:26-cv-00003-REW-CJS (E.D. Ky.) (collectively, the "Related Proceedings"). These developments bear directly on Defendants' pending motions to dismiss, as they demonstrate in real time that claims Defendants filed and prosecuted against 3M were part of a scheme to defraud as alleged in the Amended Complaint.

The key takeaway from the developments in the Related Proceedings is this: the data from —as summarized in Table 1 below[1]—strongly supports the allegations in 3M's RICO complaint.

[1] A complete list of (1) 3M's pending motions for summary judgment, (2) summary judgment motions that have been granted, and (3) voluntary dismissals of claims against 3M in the Related Proceedings is attached as Exhibit A.

**Table 1: Summary of Claim Disposition in the Related Proceedings**

| | Claims | % of Total Claims |
|---|---|---|
| **Filed by Defendants in the Related Proceedings** | **446** | **100%** |
| | | |
| Claims Dismissed with Prejudice for Failure to Comply with Court's Order | 171 | |
| Claims Dismissed on Summary Judgment | 1 | |
| Claims "Voluntarily" Dismissed | 27 | |
| **Total Dismissed to Date** | **199** | **45%** |
| | | |
| **Remaining Claims** | **247** | |
| Pending MSJs Based on Statute of Limitations | 98 | |
| Pending MSJs Based on Lack of 3M Product Use | 4 | |
| Pending MSJs Based on Failure to Revive Dismissed Claims | 3 | |
| **Total Pending MSJs** | **105 (and counting)** | **42% of 247 (and counting)** |
| | | |
| **Frivolous Claims Filed by Defendant** | **332 (and counting)** | **74% (and counting)** |

In 2021, Defendants Glenn Hammond, Michael Martin, and Johnny Givens (collectively, "Defendants") brought the Related Proceedings against 3M on behalf more than 446 claimants.[2] The filed complaints were threadbare—alleging that 3M products caused the claimants' black lung injuries with no supporting facts. Over the past five years, 3M has been forced to spend millions of dollars to defend itself against these baseless and fraudulent claims. In May 2023, this Court entered scheduling orders requiring plaintiffs in the Related Proceedings to respond to targeted discovery designed to ferret out which cases, if any, had enough merit to proceed to full discovery. The Court warned the plaintiffs that if they did not comply with the discovery deadlines, their claims would be dismissed *with prejudice*. As a result of that process, 171 of the 446 claims in the

[2] Glenn Hammond and Michael Martin signed the initial pleading for both Related Proceedings, and Johnny Givens filed an appearance in both cases shortly after on December 15, 2021. *See* Compl. at 51, Not. of Appearance at 1, *Adams, et al. v. 3M Company, et al.*, No. 21-CI-322 (Ky. Pike Cnty. Apr. 14, 2021); Compl. at 44, Not. of Appearance at 1, *Mounts, et al. v. 3M Company, et al.*, No. 21-CI-807 (Ky. Pike Cnty. Sept. 29, 2021).

Related Proceedings were dismissed with prejudice without those plaintiffs even attempting to offer any support for their claims.[3] Additionally, before 3M began limited discovery into these claims, 28 more cases were disposed of, either voluntarily or by the Court. In other words, 45% of the claims Defendants filed against 3M in the Related Proceedings were so patently frivolous they could not even withstand a threshold inquiry.

The remaining 55% fare no better. 3M's limited vetting, through court-ordered discovery, exposed threshold issues in the Related Proceedings—statute of limitations, product usage, product identification, and lack of injury—all of which correlate to the categories of fraudulent statements alleged in this RICO action. This limited discovery has revealed that the vast majority of the claims remaining in the Related Proceedings are just as objectively baseless as those that have already been dismissed. They should have never been brought.

As of August 21, 2026, 3M has conducted 183 of 247 short-form depositions of the remaining plaintiffs in the Related Proceedings, with more scheduled. Based on those depositions, 3M has already filed 105 motions for summary judgment seeking dismissal of claims that are patently unsupported by evidence of exposure, injury, product usage, or causation. 3M anticipates filing more motions before the deadline of November 20, 2026. The strength of 3M's summary judgment motions—premised on the complete absence of evidence supporting the underlying claims—further bolsters 3M's RICO allegations that Defendants orchestrated a fraudulent scheme to flood 3M with objectively baseless personal injury claims.

---

[3] *See* Op. & Order, *Adams, et al. v. 3M Company, et al.*, No. 6:26-cv-00002-REW-CJS (E.D. Ky.), DE 173 (one dismissal with prejudice); Order Attach. B, *Adams*, DE 243-2 (for 77 dismissals with prejudice); Order*, Adams*, DE 353, Joint Mot. to Dismiss Ex. 1, *Adams*, DE 339-1 (12 dismissals with prejudice); Order, *Adams*, DE 501, (two dismissals with prejudice); *see also* Order Attach. B, *Mounts, et al. v. 3M Company, et al.*, No. 6:26-cv-00003-REW-CJS (E.D. Ky.), DE 164-2 (101 dismissals with prejudice); Order, *Mounts*, DE 237, Proposed Agreed Order, *Mounts*, DE 231 (one dismissal with prejudice); Order, *Mounts*, DE 240, Joint Mot. to Dismiss Ex. 1, *Mounts*, DE 234-1 (9 dismissals with prejudice).

While the Court must, of course, review 3M's summary judgment motions before rendering an opinion, illustrative testimony from the short-form depositions reveals a consistent and troubling pattern. For example, obvious statute of limitations problems undermine the claims in 98 of the 105 pending summary judgment motions. *See* Table 1. Other disturbing examples abound, and illuminate fundamental deficiencies that no honest pre-suit investigation—or even a bare-bones inquiry—could have missed:

- Multiple claimants could not identify any 3M dust mask product—despite swearing they used one—while others identified masks that 3M never manufactured.[4]
- One plaintiff admitted he stopped mining in 1970—two years *before* any of the 3M products at issue even existed.[5]
- Other plaintiffs admitted they were diagnosed with black lung in the 1990s—decades before the Related Proceedings were filed, well beyond the statute of limitations.[6]
- Certain plaintiffs admitted meeting with attorneys years before the Related Proceedings were filed—further confirming that these claims were long since time-barred.[7]
- Still other plaintiffs testified that they *never* wore a 3M mask—directly contradicting discovery responses in which counsel represented that plaintiffs swore they had.[8]

---

[4] *See* 3M's Mot. Summ. J. (D. Baker), *Adams*, DE 524 at 2 (brought his own respirators to his deposition—and they were black respirators with replaceable filters, not 3M disposable products); 3M's Mot. Summ. J. (C. Bryant), *Adams*, DE 366 at 2–3 (worked as a coal miner and his interrogatory responses referenced "3M disposable" respirators without specifying a model number, but at his November 19, 2025 deposition, however, he could not recall the names, types, packaging, materials, shape, or design of any respirators he used during his mining career, describing only a "brown" respirator with replaceable filters and a "MacGregor" that attached to his belt—neither of which matches the white 3M disposable respirators at issue).

[5] *See* 3M's Mot. Summ. J. (E. Moore), *Adams*, DE 365 at 4.

[6] *See* 3M's Mot. Summ. J. (D. Newsome), *Adams*, DE 530 at 2 (diagnosed with black lung in 1991, filed for federal benefits in 1992, and received workers' compensation benefits beginning in 1993 due in part to his diagnosis); 3M's Mot. Summ. J. (G. Baker), *Adams*, DE 403 at 5 (diagnosed with black lung in 1989, filed multiple federal black lung benefits claims in 1997, 2014, and 2018).

[7] *See* 3M's Mot. Summ. J. (C. Chapman), *Adams*, DE 423 at 2 (met with GMH about dust mask claim in 2000).

[8] *See* 3M's Mot. Summ. J. (C. Bryant), *Adams*, DE 366 at 2–3 (testifying that someone at his former lawyer's office wrote down "3M" on his intake form, though he only recalled using a "brown" mask and a "MacGregor" mask, neither

These developments directly support the allegations in 3M's RICO complaint that Defendants' claims were objectively baseless from their inception, and Defendants knew it. Because this Court may take judicial notice of its own records and filings in related proceedings between the same parties, 3M respectfully requests that the Court do so here. *See Musleh v. Am. Steamship Co.*, 326 F. Supp. 3d 507, 512 n.1 (E.D. Mich. 2018) ("this Court may consider documents filed in the previous litigation before this Court between these parties"); *Harrington v. Vandalia-Butler Bd. of Educ.*, 649 F.2d 434, 441 (6th Cir. 1981) ("it is clear that a court may take judicial notice of its own record of another case between the same parties").

---

of which is a 3M product); 3M's Mot. Summ. J. (G. Keene), *Adams*, DE 368 at 2–3 (testifying that he wore only non-disposable respirators with replaceable filters—products not made by 3M—despite his Complaint and interrogatory responses claiming that he wore "3M paper masks"); 3M's Mot. Summ. J. (D. Baker), *Adams*, DE 524 at 2 (Baker brought his own respirators to his deposition—black respirators with replaceable filters, not 3M disposable products—and testified that he did not "specifically remember using any other respirators while working the mines").

Dated: August 27, 2026

Respectfully submitted,

*/s/ Steve Grimes*

Steve Grimes (Admitted *Pro Hac Vice*)
Whitney I. Adams (KBA #100826)
WINSTON TAYLOR LLP
300 North LaSalle Drive
Chicago, IL 60654
Ph: (312) 558-5600
Fax: (312) 558-5700
Steve.Grimes@winstontaylor.com
Whitney.Adams@winstontaylor.com

Benjamin C. Fultz (KBA #84398)
Gregory Scott Gowen (KBA #85408)
Robert E. Ranney (KBA #100226)
FULTZ MADDOX DICKENS PLLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202-3116
Ph: (502) 588-2000
bfultz@fmdlegal.com
sgowen@fmdlegal.com
rranney@fmdlegal.com

*Attorneys for Plaintiff 3M Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will transmit notice of electronic filing to counsel of record.

*/s/ Steve Grimes*
Steve Grimes

**APPENDIX A**

**MSJs and Voluntary Dismissals Filed in Related Proceedings**

| Case | Dust Mask Plaintiff(s) | Basis of MSJ / Dismissal | Filing Date | Dkt. |
|---|---|---|---|---|
| *Adams* | Herbert and Jeannie Adams, James and Teresa Lynn Bentley, Brandon and Jennifer Blackburn, Zack (Estate) and Diane Fife, Wayne (Estate) and Dorothy Hall, David and Julie McGuire, Larry Newsome, Fredrick and Connie Roberts, William Short, Audy and Rose Marie Stewart, Keithel and Connie Joyce White, Tommy (Estate) and Verdie Wright | Voluntary Dismissal | 11/11/2025 | 353 |
| *Adams* | Edward and Elvie Moore | No 3M Product Use | 03/10/2026 | 365 |
| *Adams* | Charles and Carol Bryant | No 3M Product Use | 03/10/2026 | 366 |
| *Adams* | Hoyt and Blanche Smith | No 3M Product Use | 03/10/2026 | 367 |
| *Adams* | Gary and Shirley Keene | No 3M Product Use | 03/10/2026 | 368 |
| *Adams* | Reford and Clara Billiter | Statute of Limitations | 03/20/2026 | 372 |
| *Adams* | Rodney and Janet Miller | Statute of Limitations | 03/24/2026 | 375 |
| *Adams* | Anthony (Estate) and Sheila Cornett | Statute of Limitations | 03/24/2026 | 376 |
| *Adams* | Gregory and Debra Sellards | Statute of Limitations | 03/24/2026 | 377 |
| *Adams* | Jeffrey and Charlene Potter | Statute of Limitations | 03/24/2026 | 378 |
| *Adams* | Kenneth Little | Statute of Limitations | 03/24/2026 | 379 |
| *Adams* | David and Jennifer Newsome | Statute of Limitations | 03/24/2026 | 380 |
| *Adams* | A.J. and Myra Thornsberry | Statute of Limitations | 03/24/2026 | 381 |
| *Adams* | James and Susan Allen | Statute of Limitations | 03/24/2026 | 382 |
| *Adams* | Ellis and Darla Sturgill | Statute of Limitations | 03/24/2026 | 383 |
| *Adams* | Jimmy and Glenda Ray | Statute of Limitations | 03/24/2026 | 384 |
| *Adams* | Billy and Rita Bartley | Statute of Limitations | 03/24/2026 | 385 |
| *Adams* | Chuckie and Theresa Bentley | Statute of Limitations | 03/24/2026 | 386 |
| *Adams* | Thomas and Cheyenne Cantrell | Statute of Limitations | 03/24/2026 | 387 |
| *Adams* | Randy and Reatha Caudill | Statute of Limitations | 03/24/2026 | 388 |
| *Adams* | Gary and Dinah Anderson | Statute of Limitations | 04/10/2026 | 402 |
| *Adams* | Gary Baker | Statute of Limitations | 04/10/2026 | 403 |
| *Adams* | Artemus and Sandra Campbell | Statute of Limitations | 04/14/2026 | 419 |
| *Adams* | Roscoe and Sandra Holbrook | Statute of Limitations | 04/14/2026 | 420 |

| Case | Dust Mask Plaintiff(s) | Basis of MSJ / Dismissal | Filing Date | Dkt. |
|---|---|---|---|---|
| *Adams* | Roy and Anna Thacker | Statute of Limitations | 04/14/2026 | 421 |
| *Adams* | Kevin and Rita Daniels | Statute of Limitations | 04/14/2026 | 422 |
| *Adams* | Cleo Chapman | Statute of Limitations | 04/14/2026 | 423 |
| *Adams* | Randy and Madge Sturgill | Statute of Limitations | 04/14/2026 | 424 |
| *Adams* | Ricky and April Estepp | Statute of Limitations | 04/14/2026 | 425 |
| *Adams* | James and Melissa Varney | Statute of Limitations | 04/21/2026 | 430 |
| *Adams* | Donnie and Patricia Hall | Statute of Limitations | 04/21/2026 | 431 |
| *Adams* | Kevin and Clara Griffey | Statute of Limitations | 04/21/2026 | 432 |
| *Adams* | Eddie and Doressa Branham | Statute of Limitations | 04/21/2026 | 433 |
| *Adams* | Rodney and Tammy Ward | Statute of Limitations | 04/24/2026 | 434 |
| *Adams* | Ransom Prater | Statute of Limitations | 04/24/2026 | 435 |
| *Adams* | Terry Norman | Statute of Limitations | 04/24/2026 | 436 |
| *Adams* | Gregory and Jeanetta Bartley | Statute of Limitations | 04/24/2026 | 437 |
| *Adams* | Jerry and Sharon Little | Statute of Limitations | 04/27/2026 | 439 |
| *Adams* | Chris (Estate) and Judy Bartley | Statute of Limitations | 04/27/2026 | 440 |
| *Adams* | Ernest (Estate) and Ida Sullivan | Statute of Limitations | 04/27/2026 | 441 |
| *Adams* | Christopher and April Fleming | Statute of Limitations | 05/01/2026 | 443 |
| *Adams* | Roy and Robin Billiter | Statute of Limitations | 05/01/2026 | 444 |
| *Adams* | Billy and Brenda Collins | Statute of Limitations | 05/01/2026 | 445 |
| *Adams* | Jimmy and Henrietta Gibson | Statute of Limitations | 05/01/2026 | 446 |
| *Adams* | Billy and Debbie Ratliff | Voluntary Dismissal | 05/21/2026 | 480 |
| *Adams* | Delbert and Dottie Hamilton | Voluntary Dismissal | 05/26/2026 | 487 |
| *Adams* | Charles Cantrell | Statute of Limitations | 06/04/2026 | 491 |
| *Adams* | Elmer and Stella Castle | Statute of Limitations | 06/04/2026 | 492 |
| *Adams* | Gabriel and Faye Conn | Statute of Limitations | 06/04/2026 | 493 |
| *Adams* | George and Diana Newsome | Statute of Limitations | 06/04/2026 | 494 |
| *Adams* | Ernie and Rita Moore | Statute of Limitations | 06/04/2026 | 495 |
| *Adams* | Teddy Johnson and Deranda Wyatt | Statute of Limitations | 06/04/2026 | 496 |
| *Adams* | Billy and Debbie Ratliff, Delbert and Dottie Sue Hamilton | Voluntary Dismissal | 06/12/2026 | 501 |
| *Adams* | Larry Ray (Estate) and Samantha Johnson | Statute of Limitations | 06/15/2026 | 505 |
| *Adams* | Nickey and Jacklyn Bentley | Statute of Limitations | 06/15/2026 | 506 |
| *Adams* | Raymond and Tracey Branham | Statute of Limitations | 06/15/2026 | 507 |
| *Adams* | Terry Newsome | Statute of Limitations | 06/15/2026 | 508 |
| *Adams* | Joseph and Linda Horne | Statute of Limitations | 06/15/2026 | 509 |
| *Adams* | Sherrell Reid | Statute of Limitations | 06/15/2026 | 510 |

| Case | Dust Mask Plaintiff(s) | Basis of MSJ / Dismissal | Filing Date | Dkt. |
|---|---|---|---|---|
| *Adams* | Charles Mullins | Statute of Limitations | 06/15/2026 | 511 |
| *Adams* | Ed and Angie Reynolds | Statute of Limitations | 06/15/2026 | 512 |
| *Adams* | James Estep (Estate) | Failure to Revive | 06/15/2026 | 514 |
| *Adams* | Luther Anderson (Estate) and Cindy Fields | Statute of Limitations | 06/15/2026 | 515 |
| *Adams* | Barry and Paula Marie Coleman | Statute of Limitations | 06/15/2026 | 516 |
| *Adams* | Albert and Patricia Johnson | Statute of Limitations | 06/15/2026 | 517 |
| *Adams* | Kenny (Estate) and Mildred Smallwood | Statute of Limitations | 06/15/2026 | 518 |
| *Adams* | James and Mary Tackett | Statute of Limitations | 06/15/2026 | 519 |
| *Adams* | Virgil and Amarine Conn | Statute of Limitations | 06/15/2026 | 520 |
| *Adams* | Bill (Estate) and Kevin Stancil | Statute of Limitations | 06/15/2026 | 521 |
| *Adams* | George and Michelle Justice | Statute of Limitations | 06/15/2026 | 522 |
| *Adams* | Rodney and Alice Baker | Statute of Limitations | 06/15/2026 | 523 |
| *Adams* | Denver and Margaret Baker | Statute of Limitations | 06/15/2026 | 524 |
| *Adams* | Norval and Juanita Lawson | Statute of Limitations | 06/15/2026 | 525 |
| *Adams* | Rodick and Crystal Johnson | Statute of Limitations | 06/15/2026 | 526 |
| *Adams* | David and Debora Moore | Statute of Limitations | 06/15/2026 | 527 |
| *Adams* | Thomas (Estate) and Debra Boyd | Statute of Limitations | 06/15/2026 | 528 |
| *Adams* | Ronald and Theresa Miller | Statute of Limitations | 06/15/2026 | 529 |
| *Adams* | Donald and Darlene Newsome | Statute of Limitations | 06/15/2026 | 530 |
| *Adams* | Kelly Scott Akers | Statute of Limitations | 06/15/2026 | 531 |
| *Adams* | Orville Miller | Statute of Limitations | 06/15/2026 | 532 |
| *Adams* | Donny Howard | Statute of Limitations | 06/15/2026 | 533 |
| *Mounts* | Norman and Kimberly Page | Voluntary Dismissal | 11/01/2025 | 237 |
| *Mounts* | Carl Anderson, Michael Arnett, Daniel and Heather Coots, John and Kim Cure Jr., Scotty (Estate) and Carol Derry, Brian and Anita Harris, Denzil McKinney, Stevie (Estate) and Sasha/Stephanie McKinney, Rick Moore | Voluntary Dismissal | 11/10/2025 | 240 |
| *Mounts* | Paul Stanley | Statute of Limitations | 03/24/2026 | 255 |
| *Mounts* | William and Jackie Stanley | Statute of Limitations | 03/24/2026 | 256 |
| *Mounts* | Ronald and Hattie Lester | Statute of Limitations | 03/31/2026 | 257 |
| *Mounts* | Vent Meadows | Statute of Limitations | 03/31/2026 | 258 |
| *Mounts* | Tim and Jennifer Totten | Statute of Limitations | 03/31/2026 | 259 |
| *Mounts* | Thomas and Sherry Wright | Statute of Limitations | 04/10/2026 | 262 |

| Case | Dust Mask Plaintiff(s) | Basis of MSJ / Dismissal | Filing Date | Dkt. |
|---|---|---|---|---|
| *Mounts* | Richard and Karen Fuller | Statute of Limitations | 04/10/2026 | 263 |
| *Mounts* | Donnie and Linda Reynolds | Statute of Limitations | 04/21/2026 | 274 |
| *Mounts* | Johnny and Greta Spears | Statute of Limitations | 04/24/2026 | 275 |
| *Mounts* | Mitchell and Ruby Salyers | Statute of Limitations | 04/24/2026 | 276 |
| *Mounts* | Palmer and Jean Slone | Statute of Limitations | 04/24/2026 | 277 |
| *Mounts* | Tony and Donna Stewart | Statute of Limitations | 05/01/2026 | 279 |
| *Mounts* | Jeff Miller | Voluntary Dismissal | 05/07/2026 | 284 |
| *Mounts* | Lonnie and Darlene Baker | Statute of Limitations | 06/15/2026 | 303 |
| *Mounts* | Raymond (Estate) and Donna Sanders | Statute of Limitations | 06/15/2026 | 304 |
| *Mounts* | William and Ava McFarland | Statute of Limitations | 06/15/2026 | 305 |
| *Mounts* | Randy and Karen Wolford | Statute of Limitations | 06/15/2026 | 306 |
| *Mounts* | Roger and Pauline Barnette | Statute of Limitations | 06/15/2026 | 307 |
| *Mounts* | Frankie Myers | Statute of Limitations | 06/15/2026 | 308 |
| *Mounts* | Jeffrey Martin (Estate) | Failure to Revive | 06/15/2026 | 309 |
| *Mounts* | David and Regina Maggard | Statute of Limitations | 06/15/2026 | 310 |
| *Mounts* | Benjamin and Rosetta Adams | Statute of Limitations | 06/15/2026 | 311 |
| *Mounts* | Roger Kendrick | Statute of Limitations | 06/15/2026 | 313 |
| *Mounts* | Inard and Maggie Anderson | Statute of Limitations | 06/15/2026 | 314 |
| *Mounts* | James and Bessie Yonts | Statute of Limitations | 06/15/2026 | 315 |
| *Mounts* | Teddy and Pamela Hunt | Statute of Limitations | 06/15/2026 | 316 |
| *Mounts* | Craig and Melinda Damron | Statute of Limitations | 06/15/2026 | 317 |
| *Mounts* | Charles McClanahan (Estate) | Failure to Revive | 06/15/2026 | 318 |