# EXHIBIT 1

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

August 12, 2024

***Sent Via Email***

Mr. Michael B. Martin
699 S Friendswood Drive, Suite 106
Friendswood, TX 77546-4580

Re: 202302227 - William Gordon Childs - Michael B. Martin

Dear Michael Martin:

The Summary Disposition Panel for the District Grievance Committee has determined that the above-referenced Complaint should be dismissed. The Complainant cannot appeal this determination of the Summary Disposition Panel. Accordingly, our file on this matter has been closed and this office will take no further action.

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure, except that the pendency, subject matter, and status of a Disciplinary Proceedings may be disclosed by the Chief Disciplinary Counsel if the Respondent has waived confidentiality or the Disciplinary Proceeding is based upon conviction of a serious crime.

The State Bar Act requires that all cognizable dismissed grievances be referred to the State Bar's voluntary dispute resolution program, the Client-Attorney Assistance Program (CAAP). The Complainant has been so notified and if CAAP facilitation is requested, you will be notified in writing. If you would like additional information, you may contact CAAP at 1-800-932-1900.

Sincerely,

E. William Nichols II
Assistant Disciplinary Counsel

EWN/rea

**EXHIBIT 13**

**4801 Woodway Drive, Suite 315-W Houston, Texas 77056**
**Phone: 713-758-8200 Fax: 713-758-8254**