# EXHIBIT 2

**SUPREME COURT OF KENTUCKY**
**INQUIRY COMMISSION**
**OBC FILE 23-DIS-0127**

**IN RE: MICHAEL BLAIR MARTIN**

**ORDER OF DISMISSAL**

* * * * * *

This matter was considered by the Inquiry Commission. The Commission reviewed the Complaint, Response and other relevant materials.

THEREFORE, the Commission being sufficiently advised, hereby ORDERS the complaint shall be DISMISSED. Pursuant to SCR 3.060, the record relating to this complaint shall be destroyed one year after the date of this Order.

This the 29th day of June, 2026.

M. Alex Rowady
PANEL CHAIR
INQUIRY COMMISSION

**EXHIBIT 14**